

Shayna E. Sacks
Partner – New York Office
SSacks@NapoliLaw.com

May 18, 2017

United States District Court
District of New Jersey
Attn: Clerk of the Court
402 East State Street
Trenton, NJ 08608

      Re:    **Woods v. Bristol Myers Squibb Company, et al.**
               **Case Number: 3:17-cv-03027**

Dear Clerk of Court,

     Please be advised that when filing the complaint for *Woods v. Bristol Myers Squibb, et al.* on May 2, 2017, the incorrect document was inadvertently uploaded as the initial pleading for this case as *Docket Entry No. 1*. As discussed, we kindly ask that you accept the attached complaint as the initial pleading for the above referenced case and adjust the docket entry if necessary accordingly.

     Thank you in advance for your attention to this matter. Please feel free to contact us at (212) 397-1000 if there are any questions or concerns and I apologize for this error.

                                                      Respectfully submitted,

                                                       Shayna E. Sacks

Encl.